AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America
c/o NEWMAN & MARQUEZ, P.A.
1533 Sunset Drive #225
Coral Gables, FL  33143-5700

Case Number:

vs.

RICK DOUGLAS
PERSONAL AND CONFIDENTIAL
612 ANDERSON CIRCLE 204
DEERFIELD BEACH, FL 33441

## SUMMONS IN A CIVIL ACTION

TO: (Name and Address of Defendant)

    RICK DOUGLAS
    PERSONAL AND CONFIDENTIAL
    612 ANDERSON CIRCLE 204
    DEERFIELD BEACH, FL 33441

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PLAINTIFF'S ATTORNEY (Name and Address)

  Newman & Marquez. P.A.
  JENNIFER MARGOLIS MARQUEZ
  1533 Sunset Drive  #225
  Coral Gables, FL  33143-5700

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.

                                                                                            CLERK OF COURT

Date: _____              _____
                                                                                    Signature of Clerk or Deputy Clerk